DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VINTYRE FINNEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1509

[June 4, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Frank Stevens Castor, II, Judge; L.T. Case No. 502025MM000685AXXXMB.

Daniel Eisinger, Public Defender, and Siobhan Shea, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Deborah Gail Koenig, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., LEVINE and SHAW, JJ., concur.

\*            \*            \*

***Not final until disposition of timely-filed motion for rehearing.***